**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
900 Third Avenue, 16th Floor
New York, New York
(212) 752-8000
(212) 752-8393
Laurence May (LM-9714)
Nolan E. Shanahan (NS-4598)
Attorneys for Appellant/Debtor and
Defendant
Douglas E. Palermo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOUGLAS E. PALERMO,<br><br>　　　　　　Debtor. | Case No. 05-25081<br><br>Chapter 7<br><br>Adv. Pro. No. |
| DOUBET, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOUGLAS E. PALERMO,<br><br>　　　　　　Defendant. | Adv. Pro. No. 06-08285 (ASH) |

**NOTICE OF APPEAL**

   Douglas E. Palermo, debtor in the above-captioned Chapter 7 proceeding and defendant in the above-captioned adversary proceeding, hereby appeals to the United States District Court for the Southern District of New York from the Order of the United States Bankruptcy Court for the Southern District of New York, dated and entered on July 9, 2007 (the "Appealed Order") denying Mr. Palermo's discharge pursuant to Sections 727(a)(2), (3) and (5) of the Bankruptcy

43741/0001-3106599v1

Code, 11 U.S.C. §§ 727(a)(2), (3) and (5). A copy of the Appealed Order is annexed hereto as Exhibit A.

The parties to the Appealed Order are Douglas E. Palermo and Doubet, LLC. The names and addresses of their respective counsel are as follows:

| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | LOWENSTEIN SANDLER PC |
|---|---|
| Attorneys for Appellant | Attorneys for Appellee |
| Laurence May, Esq. | Bruce Buechler, Esq. |
| Nolan E. Shanahan, Esq. | Stefan B. Kalina, Esq. |
| 900 Third Avenue | S. Jason Teele, Esq. |
| 16th Floor | 1251 Avenue of the Americas |
| New York, New York 10022 | 18th Floor |
| (212) 752-8000 | New York, New York 10019 |
| | (212) 262-6700 |
| | -and- |
| | 65 Livingston Avenue |
| | Roseland, New Jersey 07068 |
| | (973) 597-2500 |

Dated: New York, New York
       July 13, 2007

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation


By: */s/ Laurence May*
    Laurence May (LM-9714)
    Nolan E. Shanahan (NS-4598)
900 Third Avenue
16th Floor
New York, New York 10022
(212) 752-8000
(212) 752-8393 (facsimile)
Attorneys for Appellant
Douglas E. Palermo

2