**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
900 Third Avenue, 16th Floor
New York, New York
(212) 752-8000
(212) 752-8393
Laurence May (LM-9714)
Nolan E. Shanahan (NS-4598)
Attorneys for Appellant/Debtor and
Defendant
Douglas E. Palermo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>DOUGLAS E. PALERMO,<br><br>     Debtor. | Case No. 05-25081<br><br>Chapter 7<br><br>Adv. Pro. No. |

|  |  |
|---|---|
| DOUBET, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>DOUGLAS E. PALERMO,<br><br>     Defendant. | Adv. Pro. No. 06-08285 (ASH) |

### AMENDED NOTICE OF APPEAL

Douglas E. Palermo, debtor in the above-captioned Chapter 7 proceeding and defendant

in the above-captioned adversary proceeding, hereby appeals to the United States District Court

for the Southern District of New York from the Decision of the United States Bankruptcy Court

for the Southern District of New York, dated and entered on July 9, 2007 and the Order and

Judgment dated and entered on July 16, 2007(collectively, the "Appealed Order") denying Mr.

43741/0001-3106670v1

Palermo's discharge pursuant to Sections 727(a)(2), (3) and (5) of the Bankruptcy Code, 11

U.S.C. §§ 727(a)(2), (3) and (5).  A copy of the Appealed Order is annexed hereto as Exhibit A.

The parties to the Appealed Order are Douglas E. Palermo and Doubet, LLC.  The names

and addresses of their respective counsel are as follows:

COLE, SCHOTZ, MEISEL, FORMAN &           LOWENSTEIN SANDLER PC
   LEONARD, P.A.
Attorneys for Appellant                  Attorneys for Appellee
Laurence May, Esq.                       Bruce Buechler, Esq.
Nolan E. Shanahan, Esq.                  Stefan B. Kalina, Esq.
900 Third Avenue                         S. Jason Teele, Esq.
16th Floor                               1251 Avenue of the Americas
New York, New York 10022                 18th Floor
(212) 752-8000                           New York, New York 10019
                                         (212) 262-6700
                                         -and-
                                         65 Livingston Avenue
                                         Roseland, New Jersey 07068
                                         (973) 597-2500


Dated: New York, New York
      July 19, 2007


                                         COLE, SCHOTZ, MEISEL,
                                         FORMAN & LEONARD, P.A.
                                         A Professional Corporation


                                         By:*/s/ Laurence May*
                                             Laurence May (LM-9714)
                                             Nolan E. Shanahan (NS-4598)
                                         900 Third Avenue
                                         16th Floor
                                         New York, New York 10022
                                         (212) 752-8000
                                         (212) 752-8393 (facsimile)
                                         Attorneys for Appellant
                                         Douglas E. Palermo

43741/0001-3106670v1