UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOUGLAS E. PALERMO,<br><br>Debtor. | Case No. 05-25081 (ASH)<br><br>Chapter 7 |
| DOUBET, LLC,<br><br>Plaintiff,<br>v.<br><br>DOUGLAS E. PALERMO,<br><br>Defendant. | Adv. Pro. No. 06-08285 (ASH) |

### AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

WILLIAM MONGE, being duly sworn, deposes and says:

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Cole, Schotz, Meisel, Forman & Leonard, P.A., A Professional Corporation, 900 Third Avenue, New York, NY 10022. On July 30, 2007, I served the within **STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL** via FIRST CLASS MAIL at the address(es) set forth below:

Bruce D. Buechler, Esq.,
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068

_____
William Monge

Sworn to before me this
30th day of JULY, 2007

_____
Notary Public

LAURENCE MAY
Notary Public, State of New York
No. 02MA6018988
Qualified in Nassau County
Commission Expires February 1, 2011

43741/0001-3106799v1