LOWENSTEIN SANDLER PC
Bruce Buechler (BB 0324)
Stefan B. Kalina (SK 8535)
S. Jason Teele (ST 7390)
1251 Avenue of the Americas
18th Floor
New York, NY 10020
Telephone: 212.262.6700

-and-

65 Livingston Avenue
Roseland, NJ 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400

*Attorneys for Plaintiff Doubet, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DOUGLAS E. PALERMO,<br><br>　　　　　Debtor. | Case No. 05-25081 (ASH)<br><br>Chapter 7<br><br>Adv. Pro. No. 06-08285 (ASH) |
| DOUBET, LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>DOUGLAS E. PALERMO,<br><br>　　　　　Defendant. | **PLAINTIFF-APPELLEE'S**<br>**DESIGNATION OF ADDITIONAL ITEMS** |

　　　　Plaintiff-Appellee Doubet, LLC ("Doubet"), by its attorneys, Lowenstein Sandler

PC, respectfully submits the following Designation of Additional Items pursuant to F. R. Bankr.

18740/2
08/07/2007 2209081.01

P. 8006[1] to be included in the Record On Appeal with respect to the appeal by Defendant-Appellant Douglas E. Palermo ("Palermo") of the Order and Judgment, dated and entered July 16, 2007 (Hardin Jr., U.S.B.J.).

| Item Number | Docket Number | Description of Document |
|---|---|---|
| 99 | Not Docketed | Plaintiff's Trial Exhibit No. "35"- Assignment, dated September 22, 2003 |
| 100 | Docketed as Exhibit A to Docket No. 36 | Plaintiff's Proposed Findings of Fact Exhibit "A"- Copies of Bank Statements for Butterfield Trust I, LLC, Bates No. P03683-P03699 |
| 101 | Docketed as Exhibit B to Docket No. 36 | Plaintiff's Proposed Findings of Fact Exhibit "B"- Copies of Checks Made to the Order of "Ha" |
| 102 | Docketed as Exhibit C to Docket No. 36 | Plaintiff's Proposed Findings of Fact Exhibit "C"- Excerpt of Deposition Testimony of Daniel McLean, Pages 45:3-54:25, 72:16-77:23 |
| 103 | Docketed as Exhibit D to Docket No. 36 | Plaintiff's Proposed Findings of Fact Exhibit "D"- Excerpt of Deposition Testimony of Douglas Palermo, Pages 151:16-156:5 |
| 104 | Docketed as Exhibit E to Docket No. 36 | Plaintiff's Proposed Findings of Fact Exhibit "E"- Copies of Promissory Notes dated October 5, 1989 between Echo Spirits, Inc., 721 Enterprises, Inc., 1021 Recreational Corp., and Douglas E, Palermo, as makers, and Morris P. Silver as payee |
| 105 | Docketed as Exhibit A to Docket No. 40 | Plaintiff's Reply Proposed Findings of Fact Exhibit "A"- Exhibit No. M-32 to Deposition of Dan McLean, Contract and Closing Documents Relating to XE/MCL Transaction |
| 106 | Docketed as Exhibit B to Docket No. 40 | Plaintiff's Reply Proposed Findings of Fact Exhibit "B"- Exhibit No. M-33 to Deposition of Dan McLean, Contract and Closing Documents Relating to XE/MCL Transaction |
| 107 | Docketed as Exhibit C to Docket No. 40 | Plaintiff's Reply Proposed Findings of Fact Exhibit "C"- Copies of Bank Statements for Butterfield Trust I, LLC, Bates No. P03681-P03687 |
| 108 | Docketed as Exhibit D to Docket No. 40 | Plaintiff's Reply Proposed Findings of Fact Exhibit "D"- 2004 US Individual Tax Return 2004 for Douglas E. Palermo, DEP006134-DEP006135 |

---

[1] This designation is not intended as a waiver of the right of Doubet to object to certain items designated by the Appellant to be included in the Record on Appeal. Doubet reserves its right to object to Palermo's designation before the United States District Court.

Dated: Roseland, NJ
      August 7, 2007

                                    Respectfully submitted,

                                    **LOWENSTEIN SANDLER PC**
                                    Attorneys for Plaintiff
                                    Doubet, LLC


                        By:    */s/ Bruce Buechler*
                                    Bruce Buechler (BB 0324)
                                    Stefan Kalina (SK 8535)