✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

## APPEARANCE

Case Number:  7:07-CV-07696-SCR

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Douglas E. Palermo

I certify that I am admitted to practice in this court.

| 9/26/2007 | | |
|---|---|---|
| Date | Signature | |
| | Nolan E. Shanahan | NS-4598 |
| | Print Name | Bar Number |
| | Cole, Schotz, Meisel, Forman & Leonard, P.A. 900 Third Ave | |
| | Address | |
| | New York | NY | 10022 |
| | City | State | Zip Code |
| | (212) 752-8000 | (212) 752-8393 |
| | Phone Number | Fax Number |